# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JERMERRAL LAMAR BOWIE,
      Plaintiff,

v.                                                   Case No. 06-C-897

DAVID CLARKE, DEPUTY KICKBUSH
and SGT. HALE,
      Defendants,

## ORDER

On November 13, 2007, defendants filed a motion to dismiss for failure to prosecute and an alternate motion for summary judgment. On January 15, 2008, I instructed plaintiff that I would grant him until February 1, 2008 to respond to the motions and advised him that if he failed to file any response by that date, I would dismiss this action with prejudice for failure to prosecute pursuant to Civil L.R. 41.3 (E.D. Wis.) and Fed. R. Civ. P. 41(b). To date, plaintiff has not filed any response to defendants' motion.

Therefore,

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 8 day of February, 2008.

/s
LYNN ADELMAN
District Judge